AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Utah

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH*
*NOV 27 2017*
*BY D. MARK JONES, CLERK*
*DEPUTY CLERK*

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| DARRELL EUGENE WASHINGTON | ) Case No. 2:17mj 638 BCW |
| *Defendant* | ) |
| | ) |

**SEALED**

**ARREST WARRANT** ORIGINAL

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DARRELL EUGENE WASHINGTON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 846 - Conspiracy to Distribute Cocaine

Date: November 27, 2017
_____
*Issuing officer's signature*

City and state:    Salt Lake City, Utah
_____
Brooke C. Wells, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* Nov. 27, 17 , and the person was arrested on *(date)* Nov. 29, 17 at *(city and state)* Ogden, UT |
| Date: Nov. 30, 17 _____ *Arresting officer's signature* |
| Tyler Olson, Special Agent *Printed name and title* |